IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| BEVERLY KAY LAMKIN, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. H-07-1768 |
| § | |
| § | |
| MUSTANG ENGINEERING LP. § | |
| § | |
| Defendant. § | |

## ORDER

The file does not reflect that service of this action, filed on May 29, 2007, has been effected. Under Federal Rule of Civil Procedure 4, this court orders plaintiff to file proof that service has been effected. Proof of service must be filed by **October 12, 2007.** Failure to file proof of service within this deadline may lead to dismissal of this action without prejudice.

The initial pretrial and scheduling conference set for September 28, 2007 is cancelled. It will be reset, if appropriate, once proof of service is filed.

SIGNED on September 24, 2007, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge